**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:
Michael R. Bujarski                                    Case No. 13-59473
                                                       Chapter 13
        Debtor                                         Judge Hoffman, Jr.

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes the Debtor, Jesse L. Wilson, by and through counsel, who hereby serves notice of his new address as follows:

**Michael R. Bujarski**
**409 Summit Ridge Pl Apt 313**
**Longwood, FL 32779-6254**

Please direct all future pleadings and correspondence to the Debtor at the above address.

Respectfully submitted,

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
SCHWAGER LAW OFFICES
211 E. Livingston Ave.
Columbus, Ohio   43215
(614) 228-3727
Attorney for Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice was served via ECF electronic transmission upon Faye D. English, Chapter13 Trustee, and upon the Office of the U.S. Trustee, at their respective addresses as listed with the ECF system on this 7th day of February 2015.

/s/ Richard A. Schwager
Richard A. Schwager (#0039806)
Attorney for Debtor